[No. 4455–1. Division One. June 5, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
FRANKLIN WYNN, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 63714, David W. Soukup, J., entered September 3, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Ringold, JJ.